# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ADDONES SPENCER**
**ADC # 11060-027**                                                                 **PLAINTIFF**

v.                           No. 2:12-cv-209-DPM–BD

**M. MILHOLLAND, Officer; M. SHELDON,**
**Lieutenant; MEYER, Doctor, all of**
**FCI–Forrest City; and JOHN DOE, Director,**
**Federal Bureau of Prisons**                                                   **DEFENDANTS**

## ORDER

Spencer has objected twice to Magistrate Judge Beth M. Deere's recommendation, *Document No. 7*, that the Court deny Spencer's request for preliminary injunctive relief and dismiss his vague retaliation claim against Milholland. *Document Nos. 10 & 17*. He has not objected to Judge Deere's recommendation, *Document No. 9*, that the Court deny his request for injunctive relief against persons who are not parties to this lawsuit. Out of an abundance of caution the Court has reviewed both recommendations *de novo*, FED. R. CIV. P. 72(b)(3); and the Court adopts both. Spencer has clarified that the John Doe he wished the sue is named C. Samuels. *Document No. 17, at 5*. The Clerk is directed to adjust the docket accordingly.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2013